J-A03003-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| THOMAS WILLIAMS, ADMINISTRATOR OF THE ESTATE OF GARDENIA WILLIAMS, DECEASED | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | : : | |
| v. | : : | |
| PENN CENTER FOR REHABILITATION AND CARE; HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; MANORCARE OF YEADON, LLC AND MANOR CARE INC. D/B/A MANOR CARE HEALTH SERVICES | : : : : : : : : : : | |
| Appellees | : | No. 2259 EDA 2017 |

Appeal from the Order Entered June 23, 2017
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s):  May Term, 2011 No. 3790

BEFORE:   GANTMAN, P.J., McLAUGHLIN, J., and PLATT*, J.

MEMORANDUM BY GANTMAN, P.J.:                **FILED JUNE 20, 2018**

Appellant, Thomas Williams, Administrator of the Estate of Gardenia Williams, deceased, appeals from the order entered in the Philadelphia County Court of Common Pleas, which awarded record costs under 42 Pa.C.S.A. § 1726, in favor of Appellee, Penn Center for Rehabilitation and Care in the amount of $794.02; and in favor of Appellee, Hospital of the University of Pennsylvania; Trustees of the University of Pennsylvania, in the amount of $563.30, following disposition of the underlying medical malpractice case.  We affirm.

_____
*   Retired Senior Judge assigned to the Superior Court.

The trial court opinion correctly set forth the relevant facts and procedural history of this case. Therefore, we have no need to restate them. We add that the court ordered Appellant, on July 6, 2017, to file a concise statement of errors complained of on appeal, per Pa.R.A.P. 1925(b). Appellant timely complied on July 26, 2017.

Appellant raises the following issue:

> WHETHER THE TRIAL COURT ERRED IN GRANTING APPELLEES' BILLS OF COST?

(Appellant's Brief at 3).

Following a thorough review of the record, the briefs of the parties, the applicable law, and the well-reasoned opinion of the Honorable Daniel J. Anders, we conclude Appellant's issue merits no relief. The trial court opinion comprehensively discusses and properly disposes of the question presented. (*See* Trial Court Opinion, dated September 25, 2017, at 1-7) (finding: recovery of record costs is established exception to American Rule; Deputy Director of OJR adjudicated $794.02 of record costs and $0.00 of non-record costs to Appellee Penn Center for Rehabilitation and Care, and $563.30 of record costs and $0.00 of non-record costs to Appellee Hospital of University of Pennsylvania; trial court had no discretion to deny record costs; when court denied Appellant's motions to strike Appellees' bills of costs, court merely enforced generally established exception to American Rule; this case did not involve any exemption to award of standard taxable costs under 42 Pa.C.S.A. § 1726; case was private, medical professional

liability action, in which law is generally certain; bills of costs did not impose on Appellant "actual costs or a multiple thereof as a penalty"; Deputy Director of OJR found in favor of Appellees and awarded only those costs reflected in record; Appellees submitted appropriate verifications with their respective bills of costs; regarding hardship, Appellant failed to submit anything to court to support his claim that limited awards of costs would impose substantial hardship or injustice).  Accordingly, we affirm based on the trial court's opinion.

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/20/18